LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (216752)
tfriedman@attorneysforconsumers.com
Adrian R. Bacon, Esq. (280332)
abacon@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ROSEMAN, ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>BGASC, LLC (d/b/a JET BULLION CORP.); GOLDEN STATE MINT, INC.; JOHN DOES 1-99,<br><br>Defendants.<br>_____ | Case No. CV15-01100 VAP (SPx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF, AND PLAINTIFF'S MOTION FOR, FINAL APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT AS TO DEFENDANT BGASC ONLY**<br><br>**Date: April 4, 2016**<br>**Time: 2:00pm**<br>**Ctrm: 2**<br><br>**Hon. Virginia A. Phillips** |

///
///
///

SMRH:442299276.1                              -1-

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 4, 2016, at 2:00 p.m., before the United States District Court, Central District of California, Courtroom 2, 3470 Twelfth Street, Riverside, CA 92501, Plaintiff will move this Court for an order granting final approval of a proposed partial class action settlement as to Defendant BGASC only, as detailed in Plaintiff's accompanying memorandum of points and authorities.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the exhibits thereto, the Complaint, all other pleadings and papers on file in this action, and upon such other evidence and arguments as may be presented at the hearing on this matter.

Respectfully submitted this 25th day of February, 2016.

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: /s/ Todd M. Friedman
Todd M. Friedman
Attorney for Plaintiff

## **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7-3**

Plaintiff's counsel certifies that prior to filing the instant motion, all parties who have entered an appearance in this matter, through counsel, met and conferred pertaining to the contents of the instant motion. Defendants BGASC and Golden State Mint do not oppose Plaintiff's motion and requested relief and, if required, will file a statement confirming same.

Respectfully submitted this 25th day of February, 2016.

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: /s/ Todd M. Friedman
Todd M. Friedman
Attorney for Plaintiff