# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
AUG 15, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

Andrew Roseman,

    Plaintiff,

  v.

BGASC, LLC, et al.,

    Defendants.

EDCV 15-01100-VAP (SPx)

**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE**

  On August 25, 2016, the Court entered an Order Granting Plaintiff's Motion for Partial Final Class Action Settlement. (Doc. No. 56.) No further action has been taken to prosecute this action. Local Rule 41-1 provides for the dismissal of civil suits pending for an unreasonable period of time without any action having been taken may be dismissed for lack of prosecution.

  Accordingly, the Court ORDERS Plaintiff to show cause in writing, not later than August 22, 2018, why this action should not be dismissed for failure to prosecute. Failure to file a timely response to this Order to Show Cause will result in the dismissal of this action.

  **IT IS SO ORDERED.**

Dated: 8/15/18           _/s/ Virginia A. Phillips_
                      Virginia A. Phillips
                      Chief United States District Judge